IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01345-BNB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

WALTER L. HUERY,
    Plaintiff,

NOV 23 2010

v.

GREGORY C. LANGHAM
CLERK

MS. POPE, C.D.O.C.,
DR. PAULA FRANTZ, CMO, PHP, C.D.O.C.,
NURSE RONDA KATZENMEYER, PHP-CHP, B.V.C.F.,
LAURENCE L. THEODORE, PHP, C.D.O.C., B.V.C.F.,
JOHN DOE 1-10, PHP, CHP, and
JANE DOE 1-10, PHP, CHP,
    Defendants.

---

## ORDER ASSIGNING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the

court has determined that this case does not appear to be appropriate for summary

dismissal and that the case should be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case

will be assigned to Judge Philip A. Brimmer and to Magistrate Judge Michael J.

Watanabe. Accordingly, it is

ORDERED that this case shall be assigned to Judge Philip A. Brimmer pursuant

to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael J. Watanabe.

DATED at Denver, Colorado, this 23rd day of November, 2010.

BY THE COURT:


_s/Craig B. Shaffer_____
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01345-BNB

Walter Huery
Prisoner No. 61463
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _11/23/10_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk